$50 FEE PAID
#1184111
FEE NOT PAID
(SEND LETTER)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| G. CEFALU & BRO., INC., a corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. **MJG 02 CV 1103** |
| | ) | |
| JILIN ZHANG, individually, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Troy Christopher Swanson, Esq., am a member in good standing of the bar of this Court. My bar number is 05806. I am moving for the admission of <u>David A. Adelman, Esq.</u> to appear *pro hac vice* in this case as counsel for plaintiff G. Cefalu & Bro., Inc..

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| COURT | DATE OF ADMISSION |
|---|---|
| State of Illinois | November 1992 |
| Northern District of Illinois | November, 1992 |
| District of Colorado | November, 2001 |
| Eastern District of Wisconsin | January, 2002 |
| U.S. Court of Appeals for the Seventh Circuit | November, 2001 |

2.  During the twelve months immediately preceding this motion, the proposed admitee has not been admitted *pro hac vice* in this Court.



3.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Troy Christopher Swanson, Esq., the undersigned movant, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _/s/ Troy Christopher Swanson_ | _/s/ David A. Adelman_ |
| Troy Christopher Swanson, Esq. | David A. Adelman, Esq. |
| COHEN, SWANSON & KAUFMAN, P.C. | KEATON & ASSOCIATES, P.C. |
| The Park Plaza | 751 Roosevelt Road, Suite 220 |
| 800 North Charles Street, Suite 400 | Glen Ellyn, Illinois 60137    Frid 283992 |
| Baltimore, MD 21201 | Tel: 630/942-9800 |
| Tel: 410/783-0092 | Fax: 630/942-9809    Plid 108334 |
| Fax: 410/685-6892 | |

**ORDER**

[ ✓ ] GRANTED            [   ] DENIED

_April 1, 2002_            _/s/ Marvin J. Garbis_
Date                        United States District Judge