IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

G. CEFALU & BRO., INC., a      *
Corporation
                               *
        Plaintiff
                               *
   vs.                             CIVIL ACTION NO. MJG-02-1103
                               *
JILIN ZHANG
                               *
        Defendant
                               *

*   *   *   *   *   *   *   *   *

ORDER TO SHOW CAUSE
WHY INACTIVE CASE SHOULD NOT BE DISMISSED

It appears that no paper has been filed in this action for more than four months. Accordingly:

1. Plaintiff shall, by October 21, 2002, show cause why this action should not be dismissed without prejudice.

2. If this Order is not complied with, this action shall be dismissed without prejudice.

SO ORDERED this ____ day of October, 2002.

                                   Marvin J. Garbis
                                   United States District Judge