UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| G. CEFALU & BRO., INC., a corporation, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> JILIN ZHANG, individually, ) <br>     Defendant. ) | Case No. MJG 02-CV-1103 |

## ORDER ENTERING DEFAULT JUDGMENT AGAINST DEFENDANT

Upon consideration of the Plaintiff's Motion for Default Judgment and it appearing that the Defendant Jilin Zhang, has failed to respond or otherwise plead after being served with the Summons and Complaint and after being served with a Plaintiff's Motion for Default Judgment and it further appearing the clerk has entered an order of default against the Defendant, it is hereby,

ORDERED, that Judgment by Default is hereby entered in favor of Plaintiff and against the Defendant; and it is hereby,

ORDERED, that Judgment is entered in favor of Plaintiff and against the Defendant in the amount of $71,266.13 plus attorneys' fees and costs of of$341.20.

DATE: November 25, 2002

_____
JUDGE, United States District Court



cc: Troy C. Swanson, Esquire
Cohen, Swanson & Kaufman, P.C.
800 North Charles Street
Suite 400
Baltimore, MD 21201

David A. Adelman, Esquire
Keaton & Associates, P.C.
1279 West Northwest Highway
Suite 903
Palantine, IL 60067

Jilin Zhang
3417 Centennial Lane
Ellicott City, MD 21042