```
FILED
DISTRICT OURT
ICT OF MA VI AN

2003 MAR 10 P 3 26

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

G. CEFALU & BRO., INC., a corporation, )
        Plaintiff, )
        v. )    Case No. MJG 02-CV-1103

JILIN ZHANG, individually, )
        Defendant. )

## CORRECTED ORDER ENTERING DEFAULT JUDGMENT AGAINST DEFENDANT

Upon consideration of Plaintiff's Motion to Correct Judgment Pursuant to Rule 60(a), it appearing that the draft Default Judgment previously submitted to the Court, and entered on November 25, 2002 incorrectly listed the fees and costs in an amount different from the supporting affidavits, and such error was inadvertent, it is hereby:

ORDERED, that the Default Judgment entered against the Defendant on November 25, 2002 is hereby CORRECTED to reflect entry of Judgment in favor of Plaintiff and against the Defendant in the amount of $71,266.13, plus attorneys' fees and costs of $4,341.20; and it is hereby,

ORDERED, that the above correction shall be entered nunc pro tunc to November 25, 2002, the date the original Default Judgment was entered.

DATE: March 10, 2003

                                             JUDGE, United States District Court

